JULIE H. ROME-BANKS, #142364
RENO R.F. FERNANDEZ, #251934
Binder Malter Harris
   & Rome-Banks LLP
2775 Park Avenue
Santa Clara, CA  95050
Telephone: (408) 295-1700
Email: julie@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Creditor
MILESTONE FINANCIAL, LLC dba MERS FUND I

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re: | Case No.   25-40627-WLJ |
|---|---|
| BEENA SRINIVASAN, | Chapter  13 |
|  | No hearing required |
| Debtor. |  |

## EX PARTE APPLICATION TO TRANSFER RELATED CASE

TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR BEENA SRINIVASAN, RELATED DEBTOR VIKRAM SRINIVASAN, THE STANDING CHAPTER 13 TRUSTEE MARTHA BRONINSKY, THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:

The Ex Parte Application to Transfer Related Case of Creditor Milestone Financial, LLC dba MERS Fund I ("Milestone"), respectfully represents:

1. On April 11, 2025, Debtor BEENA SRINIVASAN, commenced this case in the United States Bankruptcy Court for the Northern District of California by filing a voluntary petition under chapter 13.  This case has been assigned to the Honorable William J. Lafferty, United States Bankruptcy Judge.

2. Also on April 11, 2025, a related case, Case No. 25-40628-CN, was commenced by VIKRAM SRINIVASAN, ("Case 25-40628").  Case 25-40628 assigned a

case number which is one digit higher than this case of Beena Srinivasan. Case No. 25-40628 by Vikram Srinivasan was also filed under chapter 13 and has been assigned to the Honorable Charles Novack, United States Bankruptcy Judge.

3. Case #25-40628 of Vikram Srinivasan is related to this case of Beena Srinivasan due to the fact that (a) both debtors identify their residence in their respective voluntary petitions as the same real property, to wit, 45752 Bridgeport Drive, Fremont, California 94539 (the "Real Property"), which real property is owned by Creditor Milestone; (b) Milestone has sued both Debtors as co-defendants along with other occupants of the Real Property for unlawful detainer in Alameda County Superior Court which action is currently pending as <u>Milestone Financial, LLC dba MERS Fund I v. Ramani V. Srinivasan, Benna K. Srinivasan, Vikram Srinivasan, Partheshi Brahmbhatt, Christopher Shum et al.</u>, Case No. 24CV089292 (the "Unlawful Detainer Action"); and, (c) the debtors are related due to the fact that Debtor Beena Srinivasan is the mother of Debtor Vikram Srinivasan.

4. Notwithstanding the fact that the two bankruptcy cases are related, Debtor Vikram Srinivasan did not designate his case, the later filed of the two cases, as related to this case of his mother Beena Srinivasan.

5. Debtor Beena Srinivasan similarly did not designate the case of Vikram Srinivasan as being related to this case. Both Debtors therefore failed to comply with Bankruptcy Local Rule ("B.L.R.") 1015-1(b) which requires:

> [i]n the event there are related bankruptcy cases, the debtor shall file a Notice of Related Case(s) at the time of filing of a petition for relief, and shall serve a copy of the notice upon the United States Trustee, other than when filed by ECF. The notice shall list the name, filing date, and case number of any related cases."

B.L.R. 1015-1(b).

6. Due to the failure of the Debtors to file a notice of related cases at the time of commencing their respective voluntary petitions, on April 24, 2025, Milestone filed a Notice of Related Cases in this case at docket #13. Milestone also filed a Notice of

EX PARTE APPLICATION TO TRANSFER RELATED CASE — Page 2

Case: 25-40627    Doc# 16    Filed: 04/28/25    Entered: 04/28/25 09:49:47    Page 2 of 8

Related Cases in Case #25-40628 at docket #13 on April 24, 2025. A true and correct copy of the Notice of Related Cases and related Certificate of Service filed and served in this case is attached as Exhibit "A" to the Declaration of Julie Rome-Banks ("Rome-Banks Declaration") and is incorporated herein by reference. A true and correct copy of the Notice of Related Cases and related Certificate of Service filed and served in the case of Vikram Srinivasan is attached as Exhibit "B" to the Rome-Banks Declaration and is incorporated herein by reference.

7. On April 25, 2025, the Debtor herein and Debtor Vikram Srinivasan each filed a Debtor's Ex Parte Motion For Order Extending Time to File Schedules, Statements of Financial Affairs, Plan of Reorganization, and Related Materials (the "Extension Motion") in their respective cases. Said Extension Motions were presented ex parte to the Court and are docketed in both bankruptcy cases as Docket #15.

8. The Extension Motion of Debtor Vikram Srinivasan states at page 2, lines 16-18 that, "[t]he Debtor's mother is a debtor in her own case before Hon. Judge Lafferty. She and the Debtor have co-owned assets specifically in a new business which requires both of their management."

9. The Extension Motion of Debtor Vikram Srinivasan further states at page 2, lines 20-26 that:

> The Debtor is his mother's medical proxy and is assisting her in preparing her schedules. Her marital estate has been improperly broken, and assets have been improperly transferred and hidden from her. The Debtor is assisting her in locating which institutions hold these assets and preparing for a suit to seek turnover. The Debtor's and his mother's estate are intertwined and part of his plan for reorganization may need to rely on part of his mother's chapter 13 plan for reorganization.

10. B.L.R. 1015-1(c) provides that the Court may, "on its own motion or upon the motion of a party in interest, order a case transferred to another Bankruptcy Judge based on the Court's determination as to whether a case is related and whether the transfer will promote the efficient administration of the estates or avoid inconsistent or conflicting rulings." B.L.R. 1015-1(d) provides that a, "motion by a party in interest to

EX PARTE APPLICATION TO TRANSFER RELATED CASE     Page 3

Case: 25-40627   Doc# 16   Filed: 04/28/25   Entered: 04/28/25 09:49:47   Page 3 of 8

1 | transfer a case or cases shall be addressed to the Judge presiding in the earliest filed
2 | case and served on the debtors and all trustees appointed in the cases."

11. In accordance with B.L.R. 1015-1(d), Milestone has filed this motion in the case of Beena Srinivasan, which is the earlier filed of the two related bankruptcy cases and has served both Debtors at their respective email addresses. The standing chapter 13 Trustee, Ms. Martha Broninsky, and the United States Trustee have been served through the Court's CM/ECF electronic noticing system..

12. A motion to request the transfer of a related case pursuant to B.L.R. 1015-1 does not require a hearing. Creditor Milestone further submits that this Motion to transfer the related case of Vikram Srinivasan to the Honorable William J. Lafferty may also be decided ex parte pursuant to B.L.R. 90141-1(a). The instant case of Beena Srinivaasan and the case of Vikram Srinivasan are related cases based on the very statements of Vikram Srinivasan contained in his Extension Motion as being "intertwined" and that Vikram Srinivasan may need to rely "in part upon his mother's chapter 13 plan of reorganization" [sic]. No substantive relief is requested by this Motion, rather only the reassignment of the related case of Vikram Srinivasan to the same judge as this case of Beena Srinivasan.

13. In addition, Milestone plans to bring motions for relief from the automatic stay in both bankruptcy cases to request authorization to proceed with Milestone's pending unlawful detainer action in which both Debtors are named as co-defendants and to complete the eviction of both Debtors from the residential premises that Milestone acquired in 2020 at a private trustee's foreclosure sale. Maintaining the cases with the current assignment to two different judges risks inconsistent decisions on such motions for relief from stay, which would also have to be heard at different hearings due to the different calendar schedules maintained by each Bankruptcy Judge. Milestone therefore contends that transfer of the related case of Debtor Vikram Srinivasan to Judge Lafferty is appropriate to promote the efficient administration of the estates and to avoid inconsistent rulings.

14. A proposed order granting this Motion is attached hereto as Exhibit "A".

WHEREFORE, Milestone prays that this Court enter its order transferring the case of Vikram Srinivasan, Case 25-40628, to the Honorable William J. Lafferty and for such other and further relief as the Court deems just and proper.

Dated: April 28, 2025      BINDER MALTER HARRIS & ROME-BANKS LLP

By: /s/ Julie H. Rome-Banks
    Julie H. Rome-Banks
    Attorneys for Creditor
    MILESTONE FINANCIAL, LLC dba
    MERS FUND I

# EXHIBIT A - Proposed Order

JULIE H. ROME-BANKS, #142364
RENO R.F. FERNANDEZ, #251934
Binder Malter Harris
  & Rome-Banks LLP
2775 Park Avenue
Santa Clara, CA  95050
Telephone: (408) 295-1700
Email: julie@bindermalter.com
Email: reno@bindermalter.com

Attorneys for Creditor
MILESTONE FINANCIAL, LLC dba MERS FUND I

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re: | Case No. 25-40627-WLJ |
|---|---|
| BEENA SRINIVASAN, | Chapter 13 |
|  | No hearing required |
| Debtor. | |

**ORDER GRANTING EX PARTE APPLICATION TO TRANSFER RELATED CASE**

The Ex Parte Application to Transfer Related Case of Creditor Milestone Financial, LLC dba MERS Fund I ("Milestone") and supporting Declaration of Julie H. Rome-Banks (the "Motion") having been filed requesting the transfer of the related chapter 13 case of Vikram Srinivasan, Case #25-40628; the Motion having been properly served; the matter being one for which a hearing is not required and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.
2. Case #25-40628 of Vikram Srinivasan is hereby transferred to the Honorable William J. Lafferty, United States Bankruptcy Judge, for all purposes.

**END OF ORDER**

COURT SERVICE LIST

None.