Beena Srinivasan, Pro Se
45752 Bridgeport Drive
Fremont, CA, 94539
Bsone9six3@gmail.com
510-519-4064



FILED
MAY 30 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | Case No.: 25-40627-WJL |
|---|---|
| BEENA SRINIVASAN, | **DECLARATION OF BEENA SRINIVASAN** |
| Debtor | |
| | **Judge:** Hon. William J. Lafferty |

I, Beena Srinivasan, hereby declare:

1. I am a debtor in the case 25-40627. My Chapter 13 case is currently before Hon. Judge Lafferty.

2. I have personal knowledge of the matters contained herein and if called upon as a witness, I could testify as follows.

3. I filed the instant Chapter 13 case on April 11th, 2025. My son, Vikram Srinivassan filed his voluntary Chapter 13 at the same time.

4. I timely filed a request for an extension of time to file required documents.

5. The Court granted this motion.

6. Before the deadline set forth in the order extending time, I exercised my right to a voluntary dismissal. The dismissal was filed on May 14th, 2025.

**DEBTOR'S MOTION FOR RECONSIDERATION AND TO AMEND ORDER OF DISMISSAL ENTERED ON MAY 16, 2025 AND DECLARATION OF BEENA SRINIVASAN**  8

7. A dismissal order for failing to comply with the order extending time was entered on May 16th, 2025.

8. I filed my request for dismissal because there was no longer a need to reorganize. I incorporate by reference my declaration submitted along with the voluntary dismissal. (Bankr. Dkt. No. 32).

9. I believed that by exercising my non-waivable right to a voluntary dismissal I was acting in compliance with the Court's order and that a dismissal is mandatory upon filing and therefore obviates the need to file schedules.

Executed on May 30, 2025 at Fremont, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 30, 2025 _____

Dated                                    Beena Srinivasan, Pro Se

DEBTOR'S MOTION FOR RECONSIDERATION AND TO AMEND ORDER OF DISMISSAL ENTERED ON MAY 16, 2025 AND DECLARATION OF BEENA SRINIVASAN    9

Case: 25-40627    Doc# 43    Filed: 05/30/25    Entered: 05/30/25 16:00:20    Page 2 of 2