1 ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
2 **KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
3 Oakland, California 94612
Telephone: (510) 763-1000
4 Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
5 Email: c.kuhner@kornfieldlaw.com

6 Attorneys for Creditor Milestone Financial, LLC dba MERS FUND I

7

8 UNITED STATES BANKRUPTCY COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| In re | Case No. 25-40627 WJL |
|---|---|
| Beena Srinivasan, | Chapter 13 |
| Debtor. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER GRANTING REFILING BAR** |
| | Date: June 25, 2025<br>Time: 10:30 a.m.<br>Ctrm: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

Milestone Financial, LLC dba MERS FUND I hereby requests that pursuant to Federal Rules of Evidence Rule 201, the Court take judicial notice of its own records in other court cases set forth below.

Pursuant to Federal Rules of Evidence Rule 201, the Court may take judicial notice of its own records and records in other court cases.

| Exhibit | Document |
|---|---|
| A | **Order and Notice of Dismissal For Failure to Comply dated 11/08/19 entered in Case No. 19-42179 WJL 13 [Docket No. 18]** |

| | | |
|---|---|---|
| B | **Order and Notice of Dismissal For Failure to Comply dated 12/02/19 entered in Case No. 19-42577 CN 13 [Docket No. 16]** |
| C | **Order and Notice of Dismissal For Failure to Comply dated 7/21/21 entered in Case No. 21-40903 WJL 13 [Docket No. 14]** |
| D | **Order and Notice of Dismissal For Failure to Comply dated 10/08/21 entered in Case No. 21-41128 CN 13 [Docket No. 16]** |

Dated: June 3, 2025                    Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.


By: /s/ Eric A. Nyberg
(Bar No. 131105)
Attorneys Creditor Milestone Financial, LLC dba MERS FUND I

Request for Judicial Notice in Support of Motion for Order Granting Refiling Bar    -2-

Case: 25-40627    Doc# 47    Filed: 06/03/25    Entered: 06/03/25 13:18:47    Page 2 of 10

# EXHIBIT A

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Beena Kanak Srinivasan | Case No.: 19-42179 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Re Debtor's Ex Parte Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan , filed on 10/11/2019 . Therefore, it is ordered that this case be **dismissed**.

Dated: 11/8/19

By the Court:

William J. Lafferty
United States Bankruptcy Judge

# EXHIBIT B

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Beena Kanak Srinivasan | Case No.: 19–42577 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal, filed on 11/18/2019. Therefore, it is ordered that this case be **dismissed**.

Dated: 12/2/19

By the Court:

Charles Novack
United States Bankruptcy Judge

# EXHIBIT C

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Beena Srinivasan | Case No.: 21-40903 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal, filed on 7/6/21. Therefore, it is ordered that this case be **dismissed**.

Dated: 7/21/21

By the Court:

William J. Lafferty
United States Bankruptcy Judge

# EXHIBIT D

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Beena Srinivasan | Case No.: 21-41128 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Granting Application To Pay Filing Fees In Installments. , filed on 9/7/2021 . Therefore, it is ordered that this case be **dismissed**.

Dated: 10/8/21

By the Court:

Charles Novack
United States Bankruptcy Judge