```
Beena Srinivasan, Pro Se
45752 Bridgeport Drive
Fremont, CA, 94539
Bsone9six3@gmail.com
510-519-4064
```

FILED
AUG 11 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br>BEENA SRINIVASAN<br>Defendants | Case No.: 25-40627<br>Chapter 13 Proceeding |

I Dr. Rakesh Safaya state:

1. I am a vascular surgeon. I practice is in Washington Hospital in Fremont CA.
2. I am treating Beena Srinivasan.
3. My office called Beena Srinivasan to reschedule the surgery consult.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8/11/25

_____                   _____
Dated                             Dr. Rakesh Safaya, M.D.

**DEBTOR'S EX PARTE MOTION TO CONTINUE DEBTOR'S MOTION FOR RECONSIDERATION**    4