Entered on Docket
December 1, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BEENA SRINIVASAN. | No. 25-6636 |
| _____ | D.C. No. |
| BEENA SRINIVASAN, | 25-40627 WJL |
| Petitioner, | U.S. Bankruptcy Court for the Northern District of California, Oakland |
| v. | ORDER |
| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| MILESTONE FINANCIAL, LLC; MARTHA G. BRONITSKY, | |
| Real Parties in Interest. | |

Before: SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**